1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PAUL ANDREW SHIELDS,                      No.  2:11-cv-3185 JAM AC P

12              Plaintiff,

13      v.                                      ORDER

14   KELLY L. CANNON, et al.,

15              Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 18, 2013, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

23   objections to the findings and recommendations (ECF No. 46) and defendants have filed a

24   response thereto (ECF No. 47). Plaintiff replied to defendants' response (ECF. No. 48).

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

27   court finds the findings and recommendations to be supported by the record and by proper

28   analysis.

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  The findings and recommendations filed September 18, 2013, are adopted in full;

3   2.  At plaintiff's request, his equal protection claim is dismissed without prejudice;

4   and

5   3.  Defendants' motion to dismiss (ECF No. 41) is granted in part and denied in part

6   as follows: granted as to defendants Cannon and Maness; granted as to plaintiff's claim

7   against defendant Jones in his individual capacity; denied as to plaintiff's claim against

8   defendant Padilla in his individual capacity, and denied as to defendants Padilla and Jones

9   in their official capacity.

10   DATED:  December 18, 2013

11                                      /s/ John A. Mendez_____

12                                      UNITED STATES DISTRICT COURT JUDGE